IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUN 2 5 2018

Clerk, U S District Court
District Of Montana
Billings

| NILE A. CORBITT, | CV 18-00070-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STARBUCKS CORPORATION, | |
| Defendant. | |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 25th day of June, 2018.

SUSAN P. WATTERS
United States District Judge