IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 24 2018
Clerk, U S District Court
District Of Montana
Billings

| NILE A. CORBITT, | CV 18-70-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STARBUCKS CORPORATION, | |
| Defendant. | |

Upon the parties' Stipulation to Dismiss the Action with Prejudice (Doc. 21), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 24th day of July, 2018.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1